FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ___X___
JS-2/JS-3 _____
Scan Only _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYN KILLIAN-ROSEMAN, | Case No: SACV07-1252 CJC(MANx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| CONTINENTAL CASUALTY COMPANY; HARTFORD LIFE GROUP INSURANCE COMPANY; FREEDOM COMMUNICATIONS, INC. GROUP DISABILITY PLAN; | |
| Defendant | |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _September 12, 2008_

CORMAC J. CARNEY
Judge of the U.S. District Court

*(sidebar, vertical text)* SHERNOFF BIDART DARRAS ECHEVERRIA LAWYERS FOR INSURANCE POLICYHOLDERS

ORDER RE DISMISSAL